UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION


GERALDINE WENGLE
Individually and on behalf of others similarly situated

      Plaintiff

 -vs-
                                           Case No. 2:14-CV-10644-MFL-RSW
                                           Hon. Matthew F. Leitman
                                           Magistrate Judge: R. Steven Whalen
                                           CLASS ACTION COMPLAINT

DIALAMERICA MARKETING, INC.
*et al.*

      Defendants


**NOTICE OF APPEAL
TO
THE SIXTH CIRCUIT COURT OF APPEALS
FROM
THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN --
SOUTHERN DIVISION**

      Take notice that Geraldine Wengle  appeals  to the Sixth Circuit Court of Appeals from the

judgment entered by Matthew F. Leitman in the United States District Court Eastern District of

Michigan -- Southern Division on September 22, 2015.

                                    Respectfully Submitted,


                                    By:  s/ Ian B. Lyngklip
                                    Ian B. Lyngklip (P47173)
                                    LYNGKLIP & ASSOCIATES
                                    CONSUMER LAW CENTER, PLC
                                    Attorney For Geraldine Wengle
                                    24500 Northwestern Highway, Ste. 206
                                    Southfield, MI 48075
                                    (248) 208-8864
                                    Ian@MichiganConsumerLaw.Com

Dated: October 21, 2015

## Certificate of Service

I hereby certify that on October 21, 2015, I served this document on all parties entitled to notice over the CM/ECF System.

Respectfully Submitted,


By:  s/ Ian B. Lyngklip
Ian B. Lyngklip (P47173)
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
Attorney For Geraldine Wengle
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864
Ian@MichiganConsumerLaw.Com

Dated: October 21, 2015