UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Geraldine Wengle,

            Plaintiff(s),

v.                                      Case No. 2:14–cv–10644–MFL–RSW
                                       Hon. Matthew F. Leitman

DialAmericaMarketing, Inc,

            Defendant(s).

_____

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

                United States Court of Appeals for the Sixth Circuit
                Potter Stewart U.S. Courthouse
                100 East Fifth Street, Fifth Floor
                Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on October 22, 2015.

                                            DAVID J. WEAVER, CLERK OF COURT

                                            By: s/ D. Allen
                                                  Deputy Clerk

Dated:   October 22, 2015